# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID FRAHN,
              Appellant,

vs.

DAVID LEE PHILLIPS; CHARLES
BROWN; AND DANA WASHINGTON,
              Respondents.

No. 79546

**FILED**

NOV 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a request to disqualify the district court judge and from a default on counterclaim. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The documents challenged in the notice of appeal are not substantively appealable. No statute or court rule authorizes an appeal from an order denying a request to disqualify a judge or from a default.[1] *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d

---

[1]To the extent appellant challenges "the irregularities exposed in the bulldozing ahead of arbitration proceedings," appellant fails to identify any specific district court order he appeals from. The district court docket sheet does not indicate that the district court has entered any appealable order with respect to arbitration.

19·45945

850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, as this court lacks jurisdiction, this court ORDERS this appeal DISMISSED.[2]

_____Pickering_____, J.
            Pickering

_____, J.
Parraguirre

_____, J.
            Cadish

cc:    Hon. Linda Marie Bell, Chief Judge
       David Frahn
       Charles Brown
       Dana Washington
       David Lee Phillips & Associates
       Eighth District Court Clerk

_____

[2]Any aggrieved party may file a new notice of appeal once the district court enters a final judgment or other appealable order. *See* NRAP 3A(b)(1).

SUPREME COURT
OF
NEVADA

(O) 1947A